ORD FRM (03/04)

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 06cr60055 |
| v. | ) |
| Christopher Frank Smith | ) MODIFICATION OF RELEASE CONDITIONS |
| Defendant(s) | ) |

IT IS ORDERED THAT the above captioned individuals conditions of release be modified to include:

- Participate in a mental health evaluation and counseling at the direction of U.S. Pretrial Services. The defendant is also to take all medications as prescribed and participate in medication monitoring if directed by Pretrial Services.

IT IS SO ORDERED THIS __3__ day of __Aug__, 2006.

_____
Thomas M. Coffin
U.S. Magistrate Judge

**Submitted by U.S. Pretrial Services**